IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Tonya Williams, | : |
| | : Civil Action No.:  1:13-cv-01273-GJQ |
| Plaintiff, | : |
| v. | : |
| Law Offices of Scherr & McClure PA, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 30, 2014

                                                          Respectfully submitted,

                                                          By   /s/ Sergei Lemberg_____

                                                          Sergei Lemberg, Esq.
                                                          LEMBERG LAW, L.L.C.
                                                          1100 Summer Street, 3rd Floor
                                                          Stamford, CT 06905
                                                          Telephone: (203) 653-2250
                                                          Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                             By  /s/ Sergei Lemberg
                                                     Sergei Lemberg, Esq.