IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Tonya Williams, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:13-cv-01273-GJQ |
| v. | : |
| | : |
| Law Offices of Scherr & McClure PA, | : |
| | : |
| Defendant. | : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
**PURSUANT TO RULE 41(a)**

Tonya Williams ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 25, 2014

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg, Esq.
Lemberg Law, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg

                                                Sergei Lemberg